**Mark S. Smith**, *Pro Se*
816 N. Marine Corps Dr, Fl 2
Tamuning, Guam 96913
Telephone (671) 477-6631/32
Facsimile (671) 477-8831
Email: markshawnsmith@hotmail.com

*Appearing Pro Se*

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 17-00020 |
| vs. | **DEFENDANT MARK S. SMITH'S SUPPLEMENTAL STATUS REPORT RE: LEGAL COUNSEL** |
| MARK S. SMITH and GLENN D. WONG, | |
| Defendants. | |

COMES NOW Defendant Mark S. Smith, appearing *pro se*, and hereby provides the following supplemental status report to the Court, as concerns his search and retention for conflict-free legal counsel.

Defendant Smith is in the final stages of retaining William L. Gavras, Esq. to represent him on his appeal to the United States Court of Appeals for the Ninth Circuit.

Defendant Smith is also negotiating Attorney Gavras' legal representation at trial and is contingent upon Defendant's success with his appeal.

Respectfully submitted this 27th day of December, 2017.

/s/ Mark S. Smith
**MARK S. SMITH**, *Pro Se*

- 1 -