# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA

V.

MARK S. SMITH

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR-17-00020-001

On June 3, 2022, the Court issued a Decision and Order granting Defendant's motion for judgment of acquittal on Counts 1 through 27. (ECF No. 656.) On August 26, 2022, the Court issued a Decision and Order granting Defendant's motion for judgment of acquittal on the remaining seven counts against him, Counts 28, 29, 30, 33, 34, 38 and 45. (ECF No. 675.) On December 16, 2022, the Court issued a Decision and Order denying the Government's two motions for reconsideration of the two aforementioned orders. (ECF No. 684.) Accordingly, **IT IS ORDERED** that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

| Ramona V. Manglona | Designated Judge |
|---|---|
| Name of Judge | Title of Judge |

12/21/2022
_____
Date